**VAN–052** Order to Show Cause – Rev. 02/01/2017

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Wilmington Division

IN RE:
Brandy Marie Gonzalez
9033 Gardens Grove Rd.
Leland, NC 28451

CASE NO.: 19–00928–5–SWH

DATE FILED: March 1, 2019

CHAPTER: 13

ORDER TO SHOW CAUSE

IT IS ORDERED that Brandy Marie Gonzalez appear at the time and place indicated below to show cause, if any there be, as to why this case should not be dismissed or other sanctions imposed for failure to file the Certificate of Credit Counseling.

DATE:     Thursday, April 11, 2019
TIME:     10:00 AM
PLACE:    Room 208, 300 Fayetteville Street, Raleigh, NC 27602

DATED: March 18, 2019

Stephani W. Humrickhouse
United States Bankruptcy Judge